UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAN FREEMAN, individually, and as Trustee of the MICHAEL A. FREEMAN M.D. RETIREMENT PLAN U/A DTD 01/01/2004,<br><br>　　　　Plaintiff,<br>v.<br><br>VIRGINIA H. KING, individually, and as principal of V. H. KING ASSOCIATES, a sole proprietorship, and Does 1-30<br><br>　　　　Defendants.<br>_____/ | CASE NO.  **3:15-cv-05539-CRB**<br><br><br><br>REQUEST FOR DISMISSAL |

　　　The parties in the above referenced matter have settled their dispute.  We therefore request a dismissal with prejudice as to the entire action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by stipulation of the parties.

　　　NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Michael A. Freeman, individually, and as Trustee of the Michael A. Freeman M.D. Retirement Plan U/A DTD 01/01/2004 and Defendant Virginia H. King, individually, and as principal of V. H. King Associates, a sole proprietorship, the only parties to the above-captioned action, by and through their counsel of record, that the above-captioned action may be dismissed

///

///

with prejudice, with each party to bear its own costs and attorneys' fees, and that the Court may enter the Order of Dismissal below.

SO STIPULATED

Dated: 5/4/16                                            /s/ Jeffrey A. Feldman
                                                                      Attorney for Plaintiff

Dated: 5/4/16                                            /s/ David Smith
                                                                      Attorney for Defendant

ORDER OF DISMISSAL:

Pursuant to the above stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned case be and is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  May 6, 2016                                    _____
                                                                      Judge of the District Court